IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harris, Elston T | Case Number: 07 B 17841 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 12/19/07 | Filed: 9/28/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: November 5, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 5. | LaSalle Bank NA | Secured | 0.00 | 0.00 |
| 6. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 7. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 8. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 9. | GRP Financial Services Corporation | Secured | 0.00 | 0.00 |
| 10. | Ocwen Federal Bank FSB | Unsecured | 0.00 | 0.00 |
| 11. | Litton Loan Servicing | Unsecured | 0.00 | 0.00 |
| 12. | LaSalle Bank NA | Unsecured | 0.00 | 0.00 |
| 13. | Washington Mutual Bank FA | Unsecured | 0.00 | 0.00 |
| 14. | Washington Mutual Bank FA | Unsecured | 0.00 | 0.00 |
| 15. | Ocwen Federal Bank FSB | Unsecured | 0.00 | 0.00 |
| 16. | GRP Financial Services Corporation | Unsecured | 0.00 | 0.00 |
| 17. | Capital One | Unsecured | 0.00 | 0.00 |
| 18. | Peoples Energy Corp | Unsecured | 0.00 | 0.00 |
| 19. | Jefferson Capital Systems LLC | Unsecured | 0.00 | 0.00 |
| 20. | Fifth Third Bank | Unsecured | 0.00 | 0.00 |
| | | | _____ | _____ |
| | | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Harris, Elston T | Case Number:  07 B 17841 |
| | Judge:  Hollis, Pamela S |
| Printed:  12/19/07 | Filed:  9/28/07 |

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

